

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

DATED: 4:58 pm, September 15, 2020

U.S. MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA C. CARTIER GIROUX
Nevada Bar No. 14040
Email: Lisa.Cartier-Giroux@usdoj.gov
KIMBERLY SOKOLICH
Email:Kimberly.Sokolich@usdoj.gov
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-821-BNW |
| Plaintiff | COMPLAINT FOR VIOLATION OF: |
| vs. | <u>Count One:</u><br>Depredation Againt Property of the United States – 18 U.S.C. §§ 1361 and 2 |
| REGINALD LEWIS, | |
| Defendant. | |

BEFORE the Honorable Brenda Weksler, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

<u>Count One</u>

(Depredation Against Property of the United States)

On or about May 30, 2020, in the state and Federal District of Nevada,

REGINALD LEWIS,

defendant herein, willfully and by means of repeatedly kicking the windows of a building, did injure and commit a depredation against property of the United States and of any department or agency thereof, and property which had been manufactured and constructed for the United

States, and any department or agency thereof, specifically the Foley Federal Building, located at 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, and the resulting damage was over one thousand dollars ($1000.00) all in violation of Title 18, United States Code, Sections 1361 and 2.

<u>PROBABLE CAUSE AFFIDAVIT</u>

1.      Your Complainant is a Special Agent with the Federal Bureau of Investigation (FBI), has been so employed since January 10, 2019, and is currently assigned to the Las Vegas Field Office. Prior to this, he was a police officer for 10 years with the North Las Vegas Police Department and Western Illinois University Police Department.  As an FBI Agent, your Complainant is assigned to the FBI's Las Vegas Violent Crimes Task Force and is responsible for investigating a variety of violent crimes, to include bank robbery, kidnapping, extortion, robbery, carjackings, assaults and murders of federal officers, racketeering related violent offenses, as well as long-term investigations into the activities and operations of career criminals, criminal enterprises, drug trafficking organizations, and violent street gangs. Your Complainant has experience in conducting criminal investigations, including the investigation of criminal groups and conspiracies as well as the collection of evidence and the identification and use of witnesses.

2.      The following information contained within this criminal complaint is based on your Complainant's participation in this investigation or was provided to him by other law enforcement personnel. I have not included every fact known to be concerning this offense. I have set forth only the facts I believe are essential to establish the necessary foundation for this Complaint. All times noted are approximate.

...

...

2

1

## FACTS ESTABLISHING PROBABLE CAUSE

2      3.      On May 30, 2020, in Las Vegas, Nevada, large crowds gathered in multiple

3   locations of the Downtown area. A crowd arrived at the Lloyd D George Courthouse, located

4   at 333 South Las Vegas Boulevard, Las Vegas, Nevada and the Foley Federal Building (FFB),

5   located at 300 South Las Vegas Boulevard, Las Vegas at approximately 10:15p.m. Participants

6   in the protest became more boisterous, fireworks were set off, the walls near the buildings were

7   spray painted with obscenities and anti-law enforcement graffiti, and several small bushes of the

8   landscaping were lit on fire. Multiple individuals went to the east entrance of the FFB and

9   began to throw paint on the windows and caused physical damage to the building. Individuals

10   kicked the windows and doors to damage or break them to make entry, spray painted windows,

11   and attempted to break windows with a hammer, metal bars, and the metal letters torn off from

the sign that read, "FOLEY FEDERAL BUILDING UNITED STATES COURTHOUSE."

12      4.      An on-duty Federal Protective Service (FPS) Protection Security Officer (PSO)

13   T.W., who was stationed inside the FFB, witnessed the damage and attempted break-in at the

14   building. T.W. stated the crowd outside could see him inside the building and said, "Get him!"

15   "Get the cop!" T.W. was in fear of the crowd breaking through the windows and door and was

16   in fear of the potential actions of the individuals against his person if they successfully made

17   entry. Ultimately, additional police units arrived inside the building and the crowd was

18   dispersed. Some letters torn from the FFB were taken by individuals and not recovered. The

19   Lloyd D. George Federal Courthouse was also damaged during this time.

20      5.      On May 30, 2020, the FFB property located at 300 South Las Vegas Boulevard,

21   Las Vegas, Nevada, 89101, was property of the United States and of any department or agency

22   thereof and property which had been manufactured and constructed for the United States, and

any department or agency thereof.

23

3

6.      On June 3, 2020, the General Services (GSA) completed a damage estimate for the repair and clean-up of the FFB property. The estimate totaled seventy one thousand three hundred thirty five dollars and seventy-two cents ($71,335.72).

7.      The FFB was equipped with surveillance cameras on the exterior of the building which captured footage of individuals who damaged the building on May 30, 2020. One individual who was captured on the surveillance footage damaging the FFB was later positively identified by investigators as REGINALD LEWIS (hereinafter referred to as "LEWIS"). LEWIS, a black male adult, wearing a black mask, a red "durag," sunglasses, plain white t-shirt, red athletic pants with a thick white stripe down each side, black sandals and a black shoulder bag, was observed in the FFB video footage and other social media videos damaging or attempting to damage the building by kicking the windows of the building. When LEWIS was kicking the building, his mask was not on his face, but was below his chin.

8.      On FFB security Camera 19 at approximately 22:20:28, 22:20:32 and 22:20:36, LEWIS was seen kicking the windows on the north end of the east entrance patio. LEWIS kicked the windows a total of six (6) times. LEWIS was accompanied by a black female adult, identified as JEANETTE WALLACE (hereinafter referred to as "WALLACE"). WALLACE had long braided blonde-highlighted hair and was wearing an orange jacket with blue jeans. WALLACE similarly participated in damaging the FFB by kicking the doors and windows. LEWIS appeared to follow WALLACE around and record the damage being done on his cellphone.

...

...

...

4

1
2
3
4
5
6
7



Image #1 – 05/30/2020 - Foley Federal Building Security Camera 9, LEWIS and WALLACE at FFB east patio windows.

8
9
10
11
12
13
14
15



Image #2 – 05/30/2020 - Foley Federal Building Security Camera 9, LEWIS recording WALLACE and damage at FFB east patio windows.

16
17
18
19
20
21
22
23



Image #3 – 05/30/2020 - Foley Federal Building Security Camera 19, LEWIS kicking FFB windows.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Image #4 – 05/30/2020 - Foley Federal Building Security Camera 19, LEWIS kicking FFB windows.

9.      LEWIS and WALLACE were also observed in a social media video on YouTube of a live stream posted by user name "Abandoned Explained" titled "LIVE: George Floyd Protest in Downtown Las Vegas," which recorded protests in the Downtown Las Vegas area and the damage at the FFB on May 30, 2020.  At the 2:00:43, 2:00:47, and 2:00:51 marks, LEWIS was observed kicking the windows of the FFB. At the 2:01:10 mark of the same video, LEWIS appeared to be using his phone to record the damage to the building—specifically, WALLACE throwing items at the FFB.



Image #5 – 05/30/2020 - from "Abandoned Explained" Video, LEWIS kicking FFB.

6

1
2
3
4
5
6
7



Image #6 – 05/30/2020 - from "Abandoned Explained" Video, LEWIS kicking FFB.

8
9
10
11
12
13



Image #7 – 05/30/2020 - from "Abandoned Explained" Video, LEWIS kicking FFB.

14
15
16
17
18
19
20

Image #8 – 05/30/2020 - from "Abandoned Explained" Video, LEWIS appears to be recording damage with cellphone.

21
22
23

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



Image #9 – 05/30/2020 - from "Abandoned Explained" Video, LEWIS in red durag, white shirt, and red pants holding cellphone.

10.  Agents interviewed WALLACE on August 3, 2020. WALLACE admitted to damaging the FFB on May 30, 2020 and was shown still photos (Images #2 and #8) from the surveillance and YouTube videos. WALLACE identified the black male wearing the red durag, white shirt, and red pants as her friend "Ray," or REGINALD LEWIS.

11.  Your Complainant conducted database checks of LEWIS, to include Nevada Department of Motor Vehicle checks. These checks showed LEWIS had the same likeness and body build as the individual who caused damage to the FFB.

12.  After searching Facebook for the name "REGINALD LEWIS," your Affiant discovered LEWIS had a Facebook profile under the name "Raee Toon," https://www.facebook.com/raee.toon.The individual in the profile photo and other photos on LEWIS' Facebook appeared to be the same individual as seen in the surveillance footage. The individual in the Facebook photos also bore the same likeness as LEWIS' driver's license image. The profile showed that LEWIS was also Facebook friends with WALLACE.

13.  On his Facebook profile, LEWIS posted live videos from the protests in Las Vegas on May 30, 2020, including of himself and WALLACE damaging the FFB. In the videos, LEWIS is wearing the same clothes he was seen wearing in the FFB and YouTube

8

1    surveillance footage. Additionally, LEWIS had several photos on his Facebook account on

2    different dates wearing a red "durag" similar to the one he wore the night he damaged the FFB

3    building.

4

5

6

7

8    

9

10

11

12

13    Image #10 – 09/09/2020 – from Facebook page "Raee Toon," still photo of LEWIS
      from live video LEWIS posted during the May 30, 2020 protests at the FFB.

14

15        14.    On September 8, 2020, agents conducted surveillance at LEWIS' known

16    residence and saw LEWIS leaving the residence. Agents confirmed that LEWIS appears to be

17    the individual in the FFB surveillance footage and in the live videos from the Facebook page

18    "Raee Toon" damaging the FFB along with WALLACE on May 30, 2020.

19

20    . . .

21    . . .

22

23

1

<u>CONCLUSION</u>

2    15.    Based on the foregoing facts and information, Your Complainant believes there

3    is probable cause to believe that REGINALD LEWIS did commit a violation of 18 U.S.C. §§

4    1361 and 2 – Depredation Against property of the United States.

5

6    _____
     Special Agent Zachary Franklin

7    Federal Bureau of Investigation

8
     Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 41 by
9    telephone on this <u>15th</u> day of September, 2020.

10

11   THE HONORABLE BRENDA WEKSLER
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

10