NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
LISA C. CARTIER GIROUX
Nevada Bar No. 14040
Email: Lisa.Cartier-Giroux@usdoj.gov
KIMBERLY SOKOLICH
Email: Kimberly.Sokolich@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States Of America, | Case No. 2:20-mj-00821-BNW |
| Plaintiff, | **Stipulation To Continue Preliminary Hearing** |
| vs. | (Second Request) |
| REGINALD LEWIS, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A Trutanich, United States Attorney; Lisa Cartier Giroux, Assistant United States Attorney; Kimberly Sokolich, Assistant United States Attorney, representing the United States of America and David R. Fischer, Esq., counsel for defendant Reginald Lewis, that the preliminary hearing in the above captioned case, which is currently scheduled for December 1, 2020 at 9:00am, be continued and reset to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　1.　　The government has provided counsel for the defendant with limited Rule 16 Discovery. Counsel for the defendant needs additional time to review the discovery and

1

discuss it with his client prior to a preliminary hearing or indictment. Additionally, the parties are discussing a pre-indictment resolution that may resolve the matter without a preliminary hearing.

2.  This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client and prepare for the preliminary hearing.

3.  The defendant is not detained and agrees to the continuance

4.  Both counsel for the defendant and counsel for the government agree to the continuance.

5.  Federal Rule of Criminal Procedure 5.1(d) provides that a magistrate judge may extend the time limits in Rule 5.1(c) with the defendant's consent and upon a showing of good cause taking into account the public interest in the prompt disposition of criminal cases. Because the defendant requires additional time to review discovery with their client prior to the preliminary hearing, good cause exists to extend the time limits in Rule 5.1(c).

6.  The time from December 1, 2020, to the new preliminary hearing date will be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), which provides that the Court may exclude time arising from a continuance upon finding that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial.

7.  Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

8.  The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title

18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

9. This is the second request to continue the preliminary hearing.

DATED this 24th day of November, 2020.

NICHOLAS A. TRUTANICH  
United States Attorney

/s/ Lisa C. Cartier Giroux  
LISA C. CARTIER GIROUX  
Assistant United States Attorney

/s/ Kimberly Sokolich  
KIMBERLY SOKOLICH  
Assistant United States Attorney

/s/ David R. Fischer  
David R. Fischer  
Counsel for Defendant Reginald Lewis

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America, | Case No. 2:20-mj-00821-BNW |
| Plaintiff, | **Findings and Order on Stipulation** |
| vs. | |
| Reginald Lewis, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The government has provided counsel for the defendant with limited Rule 16 Discovery. Counsel for the defendant requests an opportunity to review the discovery and discuss it with their respective client prior to a preliminary hearing or indictment.

2. To account allow the defense time to review the discovery with their client prior to the preliminary hearing and with the defendant's consent, the preliminary hearing in this case should be continued for good cause.

3. The defendant is not detained and agrees to the continuance.

4. Both counsel for the defendant and counsel for the government agree to the continuance.

5. This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client prior to a preliminary hearing or indictment.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

7. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters currently scheduled for December 1, 2020, at 9:00am, be vacated and continued to 1/15/2021 at 1:00 PM.

DATED this __24th__ day of November, 2020.

_____
THE HONORABLE BRENDA WEKSLER
United States Magistrate Judge